PER CURIAM.

Appeal dismissed, motion of appellant.

52 So.2d 884

### Lorenzo ROBINSON v. CITY OF BIRMINGHAM.

#### 6 Div. 241.

Supreme Court of Alabama.

April 19, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas. H. Brown, of Birmingham, opposed.

FOSTER, Justice.

The petition of Lorenzo Robinson for certiorari to the Court of Appeals in the case of Robinson v. City of Birmingham, 52 So.2d 890, is denied on authority of Wilkerson v. State, 246 Ala. 542, 21 So.2d 622.

All the Justices concur.

52 So.2d 885

### Emmitt ROWE v. CITY OF BIRMINGHAM.

#### 6 Div. 240.

Supreme Court of Alabama.

April 19, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas. H. Brown, of Birmingham, opposed.

LIVINGSTON, Chief Justice.

Petition of Emmitt Rowe for certiorari to the Court of Appeals in the case of Rowe v. City of Birmingham, 52 So.2d 890.

Writ denied on authority of Wilkerson v. State, 246 Ala. 542, 21 So.2d 622.

All the Justices concur.

52 So.2d 885

### Paralee SCAMACK v. CITY OF BIRMINGHAM.

#### 6 Div. 242.

Supreme Court of Alabama.

April 19, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas. H. Brown, of Birmingham, opposed.

BROWN, Justice.

Petition of Paralee Scamack for certiorari to the Court of Appeals in the case of Scamack v. City of Birmingham, 52 So.2d 890. Writ denied on authority of Wilkerson v. State, 246 Ala. 542, 21 So.2d 622.

All the Justices concur.

51 So.2d 910

### Abraham SCHECHTER v. Dora SCHECHTER.

#### 8 Div. 594.

Supreme Court of Alabama.

Jan. 19, 1951.

J. D. Carroll, Jr., of Huntsville, for appellant.

PER CURIAM.

Appeal dismissed, motion of appellant.